IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEBORAH RAYMOND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 1:04-0065 ) JUDGE HAYNES ) |
| SATURN CORPORATION, UNTIED AUTO WORKERS LOCAL, 1853, and INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

In accordance with the Memorandum filed herewith, the Plaintiff's motion for summary judgment (Docket Entry No. 17) is **DENIED**. Defendant's motion for summary judgment (Docket Entry No. 21) is **GRANTED**. This action is **DISMISSED** with prejudice.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 17th day of August, 2005,

WILLIAM J. HAYNES, JR.
United States District Judge