IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| DEBORAH RAYMOND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 1:04-0065 |
| v. ) | JUDGE HAYNES |
| ) | |
| SATURN CORPORATION, ) | |
| UNTIED AUTO WORKERS LOCAL, ) | |
| 1853, and INTERNATIONAL UNION, ) | |
| UNITED AUTOMOBILE, ) | |
| AEROSPACE AND AGRICULTURAL ) | |
| IMPLEMENT WORKERS OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon review of the Memorandum in this action, there are errors and omissions that are corrected by the attached Memorandum and the former Memorandum (Docket Entry No. 47) is withdrawn. Nothing in this corrected version alters the Court's earlier ruling. The Court regrets these errors.

It is so **ORDERED.**

**ENTERED** this the 2d day of November, 2005.

WILLIAM J. HAYNES, JR.
United States District Judge